IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5: 08-CR-66 (CAR) |
| | Violations: Firearms & Drug Related |
| WILLIE B. SPIVEY, | |
| Defendant | |

## ORDER MODIFYING CONDITIONS OF RELEASE

Upon consideration of the [oral] motion of counsel for defendant WILLIE B. SPIVEY and with the concurrence of counsel for the government, IT IS ORDERED AND DIRECTED that the requirement of HOME CONFINEMENT (including electronic monitoring, if any) set forth in the ORDER ON INITIAL APPEARANCE entered on October 8, 2008 in the Southern District of Florida be, and it is, VACATED.

All other provisions of said Order shall remain in full force and effect.

SO ORDERED AND DIRECTED, this 22nd day of DECEMBER, 2008.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE